In the Matter of the Claim of FLORENCE HORN, Respondent, against PALS & SOLOW et al., Appellants, and SPECIAL DISABILITY FUND, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted May 16, 1949; decided May 26, 1949.

Motion for reargument denied. Motion to amend remittitur granted. Return of remittitur requested and when returned it will be amended by striking out the words '' without costs '' and substituting therefor the words '' with one bill of costs to the appellants in this court against the Workmen's Compensation Board.'' [See 299 N. Y. 575.]